PROB 12C
(6/16)

Report Date:  March 28, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 28, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Troy Edward Klein                 Case Number: 0980 2:06CR00081-RHW-1

Address of Offender:                      Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: August 6, 2007

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute 50 Grams or More of Actual Methamphetamine, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 168 months        Type of Supervision: Supervised Release<br>TSR - 60 months |
| Amended Sentence:<br>(11/12/2015) | Prison - 121 months<br>TSR - 60 months |
| Asst. U.S. Attorney: | U.S. Attorneys Office        Date Supervision Commenced: November 12, 2015 |
| Defense Attorney: | Federal Defenders Office        Date Supervision Expires: November 11, 2020 |

## PETITIONING THE COURT

**To issue a warrant**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.<br><br>**Supporting Evidence**: Troy Klein failed to notify the U.S. Probation Office of a change in residence since on or about March 25, 2019. |

On March 25, 2019, the undersigned officer attempted an unannounced home visit to Mr. Klein's listed residence at 4208 North Napa, Spokane, Washington.  After knocking on the front door and receiving no answer, the undersigned looked through the front window and could see all the furniture was gone and there was a large stack of lumber in the front room. The undersigned walked around the side of the residence and could see the house was being remodeled. There were no personal belongings in the residence. Mr. Klein's belongings were removed from both the front and backyard.  It was clear Mr. Klein was no longer residing at the residence.  Mr. Klein failed to notify the probation officer of any change in residence.  Numerous attempts to contact Mr. Klein have gone unreturned.  Mr. Klein's

**Prob12C**
**Re: Klein, Troy Edward**
**March 28, 2019**
**Page 2**

whereabouts are currently unknown to the undersigned.

On November 23, 2015, Troy Klein signed his judgment for case number 2:06CR00081-RHW-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Klein was made aware by his U.S. probation officer that he must notify his U.S. probation officer of any changes in address.

The U.S. Probation Office respectfully recommends the Court issue a **WARRANT** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/28/2019

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[ X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

Signature of Judicial Officer

3/28/2019

Date