PROB 12C
(6/16)

Report Date: April 18, 2019

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 22, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Troy Edward Klein | Case Number: 0980 2:06CR00081-RHW-1 |
| Address of Offender: | Spokane, Washington 99207 |

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: August 6, 2007

| | | | |
|---|---|---|---|
| Original Offense: | Possession with Intent to Distribute 50 Grams or More of Actual Methamphetamine, 21 U.S.C. § 841(a)(1) | | |
| Original Sentence: | Prison - 168 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Amended Sentence:<br>(11/12/2015) | Prison - 121 months<br>TSR - 60 months | | |
| Asst. U.S. Attorney: | U.S. Attorneys Office | Date Supervision Commenced: | November 12, 2015 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | November 11, 2020 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/28/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Troy Klein violated mandatory condition number 2 by committing another state crime, being in possession of a controlled substance, heroin, on April 17, 2019, in Spokane, Washington.<br><br>According to Spokane police report 2019-20067426, the Spokane police were dispatched to an alley by East Rockwell Avenue due to a report of a suspicious vehicle. The dispatched officer observed a vehicle blocking access to the alley. As the officer was running the vehicle registration, two males exited a motorhome in the alley. The officer contacted the two men and asked for identification. Troy Klein gave the name of Kenneth Klein. The officer was advised by dispatch that Troy Klein often gives the name of his brother when contacted by police and that Troy Klein had numerous warrants for his arrest.  The officer then identified Troy Klein through a positive photo identification system. |

Prob12C
Re: Klein, Troy Edward
**April 18, 2019**
Page 2

During a search of Mr. Klein incident to lawful arrest for his outstanding warrants, a plastic bag with a brown substance was located in Mr. Klein's left font jeans pocket. The officer tested the brown substance in the plastic bag, which tested positive for heroin. Mr. Klein was booked into the Spokane County Jail on his outstanding warrants, as well as the new felony charge of being in possession of a controlled substance, heroin.

On November 23, 2015, Troy Klein signed his judgment for case number 2:06CR00081-RHW-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Klein was made aware by his U.S. probation officer that he must not commit another Federal, state, or local crime.

3        **Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: Troy Klein violated mandatory condition number 3 by possessing a controlled substance, heroin, on April 17, 2019, in Spokane, Washington.

According to Spokane police report 2019-20067426, the Spokane police were dispatched to an alley by East Rockwell Avenue due to a report of a suspicious vehicle. The dispatched officer observed a vehicle blocking access to the alley. As the officer was running the vehicle registration, two males exited a motorhome in the alley. The officer contacted the two men and asked for identification. Troy Klein gave the name of Kenneth Klein. The officer was advised by dispatch that Troy Klein often gives the name of his brother when contacted by police and that Troy Klein had numerous warrants for his arrest. The officer then identified Troy Klein through a positive photo identification system.

During a search of Mr. Klein incident to lawful arrest for his outstanding warrants, a plastic bag with a brown substance was located in Mr. Klein's left font jeans pocket. The officer tested the brown substance in the plastic bag, which tested positive for heroin.

On November 23, 2015, Troy Klein signed his judgment for case number 2:06CR00081-RHW-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Klein was made aware by his U.S. probation officer that he must not illegally possess a controlled substance.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    4/18/2019

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

Prob12C
**Re: Klein, Troy Edward**
**April 18, 2019**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

4/22/2019
Date